STATE OF NEW JERSEY v. GREGORY WALLACE.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. MARKO BEY.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL GIAQUINTO.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD GRAVES.

March 10, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. VERNON HARRIS.

March 10, 1987.

Petition for certification denied.